I would invoke our Constitutional fact finding powers to require a remittitur of the punitive damages to an amount equal to the actual damages found.
No law or statute requires such a result and I would not apply it in all cases and certainly not in cases of intentional torts. However, in my opinion the appellate review of the award of the amount punitive damages in cases involving large actual damages should be mindful of the reasonableness of the overall amount found. Courts should be able to say "This is just too much."
Such an amount as I would allow in this case is sufficient to deter the defendant and avoids the award of excessive damages which may adversely affect commerce, employment, and the public regard for the judiciary. Exceptions should be made in proper cases.
 *Page 532 
I therefore concur in the judgment and opinion of the Court with respect to all points other than the amount of punitive damages allowed.